DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

KERVIN MORENO MUJICA, SR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 2D23-2594

_____

March 27, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Mary M. Handsel, Judge.

Kervin Moreno Mujica, Sr., pro se.


KHOUZAM, Judge.

The order on appeal is affirmed without prejudice to Mr. Mujica's right to refile the "Motion Ineffective Assistance of Counsel" and "Petition Introduction 3.850/2254" and to file the "Petition Collateral Review" in the trial court after his direct appeal is final. *See Bunkley v. State*, 800 So. 2d 663, 664 (Fla. 2d DCA 2001) ("A prematurely filed motion for postconviction relief should be dismissed by a trial court and may be refiled after the direct appeal is final."); *see also Beaty v. State*, 701 So. 2d 856, 857 (Fla. 1997) (holding the two-year period for filing a motion under Florida Rule of Criminal Procedure 3.850 begins to run upon the

issuance of the mandate from a direct appeal).  This opinion shall not be construed as commenting on the merits of these filings.

Affirmed.

KELLY and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.